**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00046-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. CHRISTOPHER PRIDE,
    a/k/a "CK Ru,"

     Defendant.

## MINUTE ORDER[1]

The matter is before the court on defendant's **Motion To Continue Status Conference Hearing** [#22][2] filed May 21, 2012. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Continue Status Conference Hearing** [#22] filed May 21, 2012, is **GRANTED**;

2. That the status conference hearing set for June 1, 2012, is **VACATED** and is **CONTINUED** pending further order of court;

3. That on **May 24, 2012**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to reset the status conference; and

4. That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 21, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.