# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Action No. 12-cr-00046-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     CHRISTOPHER PRIDE,
      a/k/a "CK Ru,"

     Defendant.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

**Blackburn, J.**

The matter is before me on the **Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits under Specified Conditions to the Attorney for the Defendant** [#24][1] filed May 23, 2012, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits under Specified Conditions to the**

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Attorney for the Defendant** [#24] filed May 23, 2012, is **GRANTED**;

    2.  That copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the Defendants in the above-captioned case and in the following related cases pending in the United States District Court for the District of Colorado:

    12-cr-00044-CMA,
    12-cr-00045-WYD,
    12-cr-00047-MSK, and
    12-cr-00048-WJM for preparation for trial; and

    3.  That once disclosed, copies of the Grand Jury transcripts and materials are subject to the **Protective Order Regarding Jencks Act Material Rule 26.2 And Rule 16 Material** [#18] entered in this case on March 15, 2012, and are to be used, viewed, and managed accordingly.

    Dated May 23, 2012, at Denver, Colorado.

                    **BY THE COURT:**

                     Bob Blackburn
                     Robert E. Blackburn
                     United States District Judge