# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00046-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. CHRISTOPHER PRIDE,
     a/k/a "CK Ru,"

     Defendant.

## MINUTE ORDER[1]

On May 24, 2012, the court conducted a telephonic setting conference to reset the status conference in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 5, 2012**, commencing at 1:30 p.m., the court shall conduct a status conference in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: May 24, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.